USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

FourWorld Event Opportunities, LP,

Petitioner, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

No. 25-00061(MKV)

**ORDER**

This matter comes before the Court upon the Application for Judicial Assistance by FourWorld Event Opportunities, LP ("Petitioner") for leave to serve subpoenas upon Brookfield Wealth Solutions Ltd., formerly known as Brookfield Reinsurance Ltd., and Lorenzo Lorilla (together, "Respondents"), pursuant to 28 U.S.C. § 1782 (the "Application").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations of Delroy Duncan KC ("Duncan Declaration") and Duane L. Loft (the "Loft Declaration"), and Exhibits thereto,

IT IS HEREBY ORDERED that:

1. Respondents shall file any opposition(s) to the Application within 14 days of service of this Order;

2. Petitioner may file any reply in support of the Application within 7 days of Respondents' opposition(s);

3. Absent a timely opposition(s) filed by Respondents, the Application is granted, and Petitioner is authorized to take discovery from Respondents by issuing the subpoenas and seeking the production of documents and depositions in the form attached to the Loft Declaration as Exhibit 1 and Exhibit 2;

4.  Respondents shall produce the requested documents within 30 days of service of the subpoenas, or such other date as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York;

5.  Respondents shall appear for depositions in compliance with the subpoenas on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the subpoenas;

6.  Until further Order by this Court, Respondents shall preserve all documents, electronic or otherwise, and any evidence in their possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

DATED this __14__ day of __March__, 2025.

_Mary Kay Vyskocil_
United States District Judge