USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOURWORLD EVENT OPPORTUNITIES,
LP,

                    Petitioner,

            -against-

BROOKFIELD WEALTH SOLUTIONS
LTD.,

                    Respondent.

1:25-mc-00061 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On March 28, 2025, the Court received a letter from the parties requesting a fourteen-day deadline extension for Brookfield Wealth Solutions Ltd. ("Respondent") to file an opposition to the Application for Judicial Assistance submitted by FourWorld Events Opportunities, LP ("Petitioner"). [ECF No. 16]. In this same letter, the parties notified the Court that they were in the process of meeting and conferring and that would potentially avoid the need for motion practice. [ECF No. 16]. On March 31, 2025, the Court granted the fourteen-day extension. [ECF No. 17]. As of the date of this Order no opposition has been filed and the parties have provided no update to the Court. Accordingly,

IT IS HEREBY ORDERED that the parties shall file a letter advising the Court of the status of this action on or before April 28, 2025.

**SO ORDERED.**

**Date:  April 17, 2025**
        **New York, NY**

_____
    **MARY KAY VYSKOCIL**
    **United States District Judge**